UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEOREM, INC.,<br><br>              Plaintiff,<br><br>-against-<br><br>CITRUSBYTE, LLC,<br><br>              Defendant. | No. 19-CV-7659 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons set forth on the record on March 12, 2020, this case is dismissed for lack of personal jurisdiction. The Clerk of the Court shall mark the action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    January 7, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1